IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIMOTHY SNEED,**

    **Petitioner,**

v.                                                       Case No. 4:21-cv-420-AW-MAF

**RICKY D. DIXON, SECRETARY,
DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Timothy Sneed has filed a habeas petition, and the Respondent moves to dismiss. In the state's view, the petition is successive, so the court lacks jurisdiction. The magistrate judge issued a Report and Recommendation, ECF No. 11, which concludes the petition is not successive. The Respondent has not filed any objection. Sneed, though, has. ECF No. 13. He does not object to the conclusion that the case should not be dismissed. He simply does not think Respondent should now have 30 days to respond.

Having carefully considered the matter, I agree the motion to dismiss should be denied. It is now ORDERED:

    1.    The Report and Recommendation (ECF No. 11) is adopted and incorporated into this order.

    2.    The motion to dismiss (ECF No. 9) is DENIED.

3. Respondent must respond to the petition within 30 days.

4. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on March 25, 2022.

s/ *Allen Winsor*
United States District Judge
